BLANCHE M. MARRINER, ADMINISTRATRIX AD PROSE-QUENDUM, ETC., ET AL., APPELLANTS, v. PAUL SO-MAY, SR., IMPLEADED, RESPONDENT.

Submitted February 14, 1936—Decided May 14, 1936.

For the appellants, *Quinn, Parsons & Doremus.*

For the respondent, *Green & Green.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Parker in the Supreme Court.

*For affirmance*—THE CHANCELLOR, LLOYD, CASE, DONGES, HEHER, PERSKIE, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, JJ.   11.

*For reversal*—None.